IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THEODIS KELLY
ADC #105053                                                                                              PETITIONER

VS.                                              5:06CV00151 JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                         RESPONDENT

## JUDGMENT

Consistent with the Memorandum Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entry #2) is DENIED, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this  4th  day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE